**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

FREDRICK FITZGERALD SCOTT, SR.,     §
                                    §
          Petitioner,               §
                                    §
*versus*                            §     CIVIL ACTION NO. 9:24-CV-74
                                    §
DIRECTOR, TDCJ-CID,                 §
                                    §
          Respondent.               §

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Fredrick Fitzgerald Scott, Sr., an inmate confined at the Clements Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying petitioner's motion for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes Petitioner's objections are without merit and should be overruled.

**ORDER**

Accordingly, Petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is

**ADOPTED**.  It is

ORDERED that petitioner's motion for default judgment (#21) is **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE